**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7618

DAVID WILLIS,

Plaintiff - Appellant,

v.

JASMINE MARCHANT; KEVIN MURPHY; T. J. HAYCOX; KATHERINE
PECBLES; LUCY LEE; SARAH MERKLE; JEFF BROWN; LUKE MCCLOUD;
JONATHAN DAVID SHAUB; JUSTIN MURRAY; GRAYSON LAMBERT; WILL
BRUMBACH; JOHN KAMMERRER; TONY EMMANUEL,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert G. Doumar,
Senior District Judge. (3:12-cv-00843-RGD)

Submitted: January 23, 2014      Decided: January 27, 2014

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Willis, Appellant Pro Se.  Paul Bradford Taylor, OFFICE OF
THE UNITED STATES ATTORNEY, Asheville, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Willis appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Willis v. Marchant, No. 3:12-cv-00843-RGD (W.D.N.C. Sept. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED